IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND BROWN,<br>　　Plaintiff, | :<br>:<br>: |
| v. | : CIVIL ACTION NO. 23-CV-4948<br>: |
| MARCO ORTIZ, *et al.*,<br>　　Defendants. | :<br>:<br>: |

**O R D E R**

**AND NOW**, this 30th day of April, 2025, upon the Court's consideration of Plaintiff Raymond Brown's ("Plaintiff's") Motion to Supplement § 1983 Amended Complaint (ECF No. 52), and his Motion for Preliminary Injunction/Temporary Restraining Order (ECF No. 63), Defendants Marcos Ortiz, Michael Shillingford, Lakeisha Cooper, and E. Jones' (collectively "Defendants'") Response in Opposition (ECF No. 68), and Plaintiff's Reply to Defendants' Opposition (ECF No. 70), it is hereby **ORDERED** that both Motions are **DENIED**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Kelley B. Hodge
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HODGE, KELLEY B., J.