IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAYMOND BROWN,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-CV-4948 |
| | : | |
| **MARCO ORTIZ,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 26th day of November, 2025, upon consideration of Defendants Marco Ortiz, Michael Shillingford, Lakeisha Cooper, and E. Jones' ("Defendants") Motion to Dismiss (ECF No. 62) and Plaintiff Raymond Brown's ("Plaintiff") Response thereto (ECF No. 71), Plaintiff's Motion for Clarification (ECF No. 76), and Plaintiff's Motion to Proceed with Civil Action (ECF No. 80), it is hereby **ORDERED** that:

1. ECF No. 62 is **GRANTED IN PART** and **DENIED IN PART** for the reasons stated in the Court's accompanying Memorandum as follows:

    a. Plaintiff's Eighth Amendment claims and state law intentional infliction of emotional distress claims are **DISMISSED WITH PREJUDICE**.

    b. Plaintiff's Fourth Amendment claims based on the seizure of his property are **DISMISSED WITH PREJUDICE**.

    c. Plaintiff's requests for injunctive and declaratory relief are **DISMISSED WITH PREJUDICE**.

    d. The remainder of Defendants' Motion is **DENIED**, and Plaintiff's First Amendment retaliation and Fourth Amendment false arrest claims will proceed to discovery.

    2.    ECF No. 76 is **GRANTED** and this Court's May 2, 2025 Order is **VACATED**.

    3.    ECF No. 80 is **DENIED AS MOOT** in light of the Court's instant Memorandum and Order.

    4.    Defendants shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(a)(4).

BY THE COURT:

**/s/ Kelley B. Hodge**

KELLEY BRISBON HODGE, J.